**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| JAMIE ZAMORA PURTIA ZAMORA | NO. 08-30713 JUDGE: Squires |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents JPMorgan Chase Bank, National Association in your Chapter 13 case number 08-30713. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 08/30/2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 07/2011 – 08/2011 monthly payments at $2,194.95 each | = $ | 4,389.90 |
| TOTAL | = $ | 4,389.90 |

Respectfully submitted,

/s/ Christopher R. Murphy
Attorney for JPMorgan Chase Bank, National Association

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
08-014278

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**